**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2020

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Humberto Rodriguez
     20 Cr 301 (PKC)

Dear Judge Castel,

    I write to request that Mr. Humberto Rodriguez's arraignment, currently scheduled for July 13 at 11am be rescheduled. Not all defense counsel are available at that date and time. I understand that proceedings for in custody defendants house at the MCC are most easily scheduled for Monday, Wednesday and Friday in the mornings. Accordingly, I ask that Mr. Rodriguez's arraignment be rescheduled to July 10, July 15, July 20, July 22 or July 24.

    Thank you for your consideration of this request.

    Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc:   AUSA Nicholas Chiuchiolo

Upon the application of defense counsel, consented to by the Government, the bail hearing previously scheduled for July 13, 2020 is adjourned to July 20, 2020 at 9:00 a.m. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to accommodate defense counsel's schedule. Accordingly, the time between today and July 20, 2020 is excluded under the Speedy Trial Act.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 6, 2020