UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            20 CR301 (PKC)

         -against-                                        ORDER

Humberto Rodriguez, Victor Rodriguez, and
Andres Bello,

                         Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

         Upon the application of Government, consented to by defense counsel, the conference scheduled for October 8, 2020 is adjourned to December 15, 2020 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance so that defense counsel can review discovery and the parties can prepare for trial.  is necessary in light of the National Emergency arising from the COVID-19 pandemic.  Accordingly, the time between today and December 15, 2020 is excluded under the Speedy Trial Act.

         SO ORDERED.

                                                         P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       October 7, 2020