**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2020

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The pretrial conference originally scheduled for December 15, 2020 is adjourned to February 17, 2021 at 2:00 p.m. in Courtroom 11D. Time is excluded under the speedy trial act until 2/16/21 for the reasons set forth in the government's letter of December 9, 2020.
> SO ORDERED.
> Dated: 12/10/2020
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: *United States v. Humberto Rodriguez et al.*, 20 Cr. 301 (PKC)

Dear Judge Castel:

    The Government respectfully writes regarding the pretrial conference currently scheduled for December 15, 2020 at 2:00 p.m. All defendants are currently detained and cannot appear together for a remote proceeding. After conferring with counsel for each defendant, the Government understands that the defendants would like to have individual remote conferences. The Government further understands that the defendants consent to an exclusion of time until the Court is able to conduct such conferences. [Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act until the next conference date. The Government submits that the interests in justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). ]

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorneys

by: _/s_____
     Nicholas W. Chiuchiolo
     Peter J. Davis
     Assistant United States Attorneys
     (212) 637-1247 / 2468

cc (by ECF):   all counsel of record