# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 21, 2021

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Application DENIED as moot.
SO ORDERED.
Dated: 2/4/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re: <u>United States v. Humberto Rodriguez</u>
    20 Cr 301 (PKC)

Dear Judge Castel,

    I write to request an adjournment of the conference for Mr. Humberto Rodriguez, currently scheduled for June 22, 2021 at 11am. I have had an unexpected family matter arise for tomorrow which will prevent me from appearing in Court. The government consents to this request. I consent to the exclusion of time to any rescheduled conference date.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc: AUSA Nicholas Chiuchiolo
     AUSA Peter Davis