# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2022

Sentencing adjourned from June 14, 2022
to September 20, 2022 at 2:00 p.m. in
Courtroom 11D.
SO ORDERED.
Dated:  5/20/2022

**By ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

P. Kevin Castel
United States District Judge

Re:    United States v. Humberto Rodriguez
         (S2) 20 Cr 301 (PKC)

Dear Judge Castel,

I write, without objection from the Government, to request a 90-day adjournment of Humberto Rodriguez's sentencing in the above-captioned case, which is currently scheduled for June 14, 2022.  An adjournment will afford counsel additional time to prepare for sentencing with Mr. Rodriguez and to gather materials and letters that are pertinent to his sentencing.  This is Mr. Rodriguez's second—and, barring any unforeseen circumstances, final—request for an adjournment of his sentencing date.

As noted, the Government has no objection to this request.  Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050
ariel_werner@fd.org

CC:    AUSAs Nicholas Chiuchiolo and Peter Davis